# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE<br><br>MARK AUSTIN ROSETTA,<br><br>  Debtor, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 24-30092 |

## ORDER DISMISSING BANKRUPTCY

On this date, the Court considered Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Bankruptcy. After reviewing the pleadings, the evidence, and the arguments of the parties (if any), this Court finds that Debtor Mark Austin Rosetta filed the instant bankruptcy in bad faith and for non-economic reasons.

IT IS THEREFORE ORDERED that the instant bankruptcy, Case No. 24-30092, *Mark Austin Rosetta, Debtor*, is DISMISSED.

IT IS SO ORDERED.

Signed at Houston, Texas, this ____ day of _____, 2024.

_____
Hon. Judge Jeffrey P. Norman
United States Bankruptcy Judge