United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30092 |
| **MARK AUSTIN ROSETTA,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

### ORDER DENYING MOTION TO DISMISS

This matter is before the Court on Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 29). The movant failed to self-calendar this matter for hearing as required by this Court's procedures.[1] Although a hearing date was stated in the motion, movant failed to properly file the case in CM/ECF reflecting the self-calendared hearing date. Accordingly, it was not self-calendared. However, the Court notes that after the instant motion was filed, the movant correctly filed another motion to dismiss (ECF No. 30). As such, the instant motion is now moot.

**THEREFORE, IT IS ORDERED** that Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 29) is denied as moot.

SIGNED 03/19/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.