IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30092 |
| MARK AUSTIN ROSETTA, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on the Motion to Dismiss Bankruptcy (ECF No. 27) filed by Woodlake Forest II Homeowners Association, Inc. The movant failed to self-calendar this matter for hearing as required by this Court's procedures.[1] Further, the Court also notes that the motion does not contain the notice required by Bankruptcy Local Rule 9013-1(b), stating the response deadline.[2] Finally, the Certificate of Service included with the motion is insufficient under Bankruptcy Local Rule 9013-1(d).[3] As such, the motion is procedurally deficient.[4]

**THEREFORE, IT IS ORDERED** that the Motion to Dismiss Bankruptcy (ECF No. 27) is denied.

SIGNED 03/18/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.

[2] The Bankruptcy Local Rules can be found at https://www.txs.uscourts.gov/page/bankruptcy-local-rules.

[3] "In addition to service required by the FED. R. BANKR. P., and except as noted in (e), the movant must serve the entities with pleadings requesting an order, notices, and hearing settings: Main case: Party against whom relief is sought and its counsel, if known; Debtors; Debtors' counsel; Trustee, if one has been appointed; Examiner, if one has been appointed; Committees, if any have been appointed; Parties who have filed a notice of appearance; Twenty largest unsecured creditors; Parties claiming an interest in any property that is affected by the motion; Parties claiming a lien on any property that is affected by the motion; United States trustee; Parties on whom the court has ordered notice."

[4] The court stresses the importance of the required 9013-1(b) language; first, the language requires and gives notice that a response is required; second, that in the absence of a response the relief requested may be granted without further notice to you. Giving notice of a hearing without the required language does not give adequate notice to parties of a required response in opposition and that in the absence of such a response a hearing may not be held, and the unopposed relief granted.

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 24-30092-jpn
Mark Austin Rosetta Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Mar 18, 2024      Form ID: pdf001      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Austin Rosetta, 9374 Briar Forest Dr, Houston, TX 77063-1036 |
| cr | + | WOODLAKE FOREST II HOMEOWNERS ASSOCIATION, INC., HOLTTOLLETT, P.C., 9821 KATY FREEWAY, SUITE 350, HOUSTON, TX 77024-1231 |
| 12625597 | + | Carlos and Lucia Guedez, 9372 Briar Forest Dr, Houston TX 77063-1036 |
| 12625596 | + | City of Houston, 1400 Lubbock St, Houston TX 77002-1526 |
| 12625594 | | Harkor Homes LLC, 1020 W Loop N Fwy #280, Houston TX 77055 |
| 12625592 | + | Harris County Tax Collector, PO Box 4663, Houston TX 77210-4663 |
| 12625598 | + | Memorial Hermann Healthcare System, 929 Gessner Dr #2600, Houston TX 77024-2593 |
| 12625593 | + | Woodlake Forest II HOA, 11000 Corporate Center Dr #150, Houston TX 77041-5179 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12625602 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2024 21:02:13 | Best Buy/CENA, PO Box 6497, Sioux Falls ND 57117-6497 |
| 12625595 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 18 2024 20:58:00 | CA Franchise Tax Board, Bankruptcy Section, MS: A-340, PO Box 2952, Sacramento CA 95812-2952 |
| 12625603 | + | Email/Text: ecfbankruptcy@nrg.com | Mar 18 2024 20:58:00 | Cirro Energy, PO Box 2229, Houston TX 77252-2229 |
| 12625599 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2024 21:02:01 | JP Morgan Chase, PO Box 15369, Wilmington DE 19850 |
| 12625604 | ^ | MEBN | Mar 18 2024 20:40:16 | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive #100, Williamsville NY 14221-7900 |
| 12625600 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 21:02:13 | Synchrony Bank/Walmart, PO Box 7174 6, Philadelphia PA 19176-1746 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Mar 18, 2024 | Form ID: pdf001 | Total Noticed: 14

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

**Name** | **Email Address**

Allison D Byman

adb@bymanlaw.com  adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com

David Keenan Berk

on behalf of Creditor WOODLAKE FOREST II HOMEOWNERS ASSOCIATION  INC. dberk@holtyoung.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 3