United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30092 |
| MARK AUSTIN ROSETTA, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 29). The movant failed to self-calendar this matter for hearing as required by this Court's procedures.[1] Although a hearing date was stated in the motion, movant failed to properly file the case in CM/ECF reflecting the self-calendared hearing date. Accordingly, it was not self-calendared. However, the Court notes that after the instant motion was filed, the movant correctly filed another motion to dismiss (ECF No. 30). As such, the instant motion is now moot.

**THEREFORE, IT IS ORDERED** that Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 29) is denied as moot.

SIGNED 03/19/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.

1 / 1

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 24-30092-jpn
Mark Austin Rosetta  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4　　　　　　　　　　　User: ADIuser　　　　　　　　　　　Page 1 of 2
Date Rcvd: Mar 19, 2024　　　　　　　　　Form ID: pdf001　　　　　　　　　Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Austin Rosetta, 9374 Briar Forest Dr, Houston, TX 77063-1036 |
| cr | + | WOODLAKE FOREST II HOMEOWNERS ASSOCIATION, INC., HOLTTOLLETT, P.C., 9821 KATY FREEWAY, SUITE 350, HOUSTON, TX 77024-1231 |
| 12625597 | + | Carlos and Lucia Guedez, 9372 Briar Forest Dr, Houston TX 77063-1036 |
| 12625596 | + | City of Houston, 1400 Lubbock St, Houston TX 77002-1526 |
| 12625594 | | Harkor Homes LLC, 1020 W Loop N Fwy #280, Houston TX 77055 |
| 12625592 | + | Harris County Tax Collector, PO Box 4663, Houston TX 77210-4663 |
| 12625598 | + | Memorial Hermann Healthcare System, 929 Gessner Dr #2600, Houston TX 77024-2593 |
| 12625593 | + | Woodlake Forest II HOA, 11000 Corporate Center Dr #150, Houston TX 77041-5179 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12625602 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 20:38:56 | Best Buy/CENA, PO Box 6497, Sioux Falls ND 57117-6497 |
| 12625595 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 19 2024 20:19:00 | CA Franchise Tax Board, Bankruptcy Section, MS: A-340, PO Box 2952, Sacramento CA 95812-2952 |
| 12625603 | + | Email/Text: ecfbankruptcy@nrg.com | Mar 19 2024 20:19:00 | Cirro Energy, PO Box 2229, Houston TX 77252-2229 |
| 12625599 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2024 20:39:23 | JP Morgan Chase, PO Box 15369, Wilmington DE 19850 |
| 12625604 | ^ | MEBN | Mar 19 2024 20:15:05 | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive #100, Williamsville NY 14221-7900 |
| 12625600 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2024 20:39:26 | Synchrony Bank/Walmart, PO Box 7174 6, Philadelphia PA 19176-1746 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf001 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com  adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com |
| David Keenan Berk | on behalf of Creditor WOODLAKE FOREST II HOMEOWNERS ASSOCIATION  INC. dberk@holtyoung.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3