**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE

MARK AUSTIN ROSETTA,

    Debtor,

§
§
§
§
§
§
§
§

CASE NO. 24-30092

**WOODLAKE FOREST II HOMEOWNERS ASSOCIATION, INC.'S
REQUEST FOR ADMISSION OF THOMAS LEE BARTLETT
_PRO HAC VICE_**

**I.      PRELIMINARY STATEMENT ON COMPLIANCE**

1.  The undersigned counsel has reviewed Local Rule 9013-1(e), as well as Rule 9003 of the Federal Rules of Bankruptcy Procedure.

2.  The undersigned counsel has also reviewed the instructions for *pro hac vice* admission for parties who wish to "appear as attorney-in-charge," and forms related to same, posted by the United States Bankruptcy Court for the Southern District of Texas online (https://www.txs.uscourts.gov/page/pro-hac-vice).

3.  However, in the instant case, the attorney that is the subject of this Request for Admission *Pro Hac Vice* does not wish to "appear as attorney-in-charge." The undersigned counsel could find no guidance on this Court's preference for a *pro hac vice* motion in this circumstance. The undersigned therefore files this Request for Admission of Thomas Lee Bartlett *Pro Hac Vice* by and through the form posted by

the United States Bankruptcy Court for the Southern District of Texas, files this supplement by way of explanation. The undersigned counsel prays this Court's understanding if this procedure fails to meet this Court's standards.

## II.     REQUEST FOR ADMISSION PRO HAC VICE

4. Woodlake Forest II Homeowners Association, Inc., (the "Creditor") and Thomas Lee Bartlett (the "Applicant"), request this Court admit attorney Thomas Lee Bartlett *pro hac vice* so that he may appear in this matter along with Creditor's undersigned counsel-in-charge. Applicant has many decades of experience in state and federal court. Applicant is a resident of the subdivision governed by Creditor, and wishes to volunteer his time and tremendous experience to assist Creditor in pursuing justice in this matter.  If admitted, Applicant will be assisting Creditor's counsel *pro bono*.

5. Applicant has been practicing law in the State of Texas for almost forty-six years, having been admitted to the practice of law in this state on May 15, 1978. Applicant's license to practice law in the state courts of the State of Texas is active.

6. Applicant was admitted to practice in the Southern District of Texas in 1986. At this time, Applicant's admittance in the Southern District of Texas is inactive due to Applicant's retirement. Applicant's federal bar number is 6618.

7. Applicant has never been suspended from the practice of law or been the subject of discipline or sanction.

### III.   PRAYER

8. Applicant Thomas Lee Bartlett, and Creditor Woodlake Forest II Homeowners Association, Inc., pray this Court admit Thomas Lee Bartlett *pro hac vice* so that he may participate in representing Creditor in this matter.

Respectfully Submitted,

**HOLTTOLLETT, P.C.**

David Berk
Texas Bar No.: 24092127
Southern District No.: 2792721
Holt & Young, PC
9821 Katy Freeway, Suite 350
Houston, Texas 77024
Phone: (713) 510-1000 Phone
Fax: (713) 510 -1001 Fax
Email: dberk@holttollett.com

**APPLICANT THOMAS LEE BARTLETT**

/s/ *Thomas Lee Barlett*
Thomas Lee Bartlett
9366 Briar Forest Drive
Houston, Texas 77063
Phone: (832) 444-4074
Email:
bartlett.thomas@gmail.com
State Bar of Texas: 01847400
Southern District (inactive): 6618

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served on the following parties, by certified mail, and by first class mail, and by electronic service via the Court's ECF filing system (if registered), on this 26th day of March, 2024, as follows:

**Debtor:**

Mark Austin Rosetta, Debtor
9374 Briar Forest Drive
Houston, Texas 77063

**Chapter 7 Trustee:**

Allison D Byman, Chapter 7 Trustee
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, Texas 77581

**United States Trustee:**

Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002