UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 24-30092 |
|---|---|---|---|
| Debtor | | In Re: | MARK AUSTIN ROSETTA |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thomas Lee Bartlett<br>9366 Briar Forest Drive<br>Houston, Texas 77063<br>Phone: (832) 444-4074<br>Email: bartlett.thomaslee@gmail.com<br>State Bar of Texas: 01847400<br>Southern District of Texas (inactive): 6618 |
|---|---|

| Name of party applicant seeks to appear for: | Woodlake Forest II Homeowners Association, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/26/2024 | Signed: /s/ Thomas Lee Bartlett |
|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice | |
|---|---|
| Dated: 04/01/2024 | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed:   April 01, 2024

Jeffrey P. Norman
United States Bankruptcy Judge