United States Bankruptcy Court
Southern District of Texas

ENTERED
April 01, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 24-30092 |
|---|---|---|---|
| Debtor | | In Re: | MARK AUSTIN ROSETTA |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thomas Lee Bartlett<br>9366 Briar Forest Drive<br>Houston, Texas 77063<br>Phone: (832) 444-4074<br>Email: bartlett.thomaslee@gmail.com<br>State Bar of Texas: 01847400<br>Southern District of Texas (inactive): 6618 |
|---|---|

| Name of party applicant seeks to appear for: | Woodlake Forest II Homeowners Association, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/26/2024 | Signed: | /s/ Thomas Lee Bartlett |
|---|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice | |
|---|---|
| Dated: 04/01/2024 | Clerk's signature: *[signature]* |

### Order

This lawyer is admitted *pro hac vice*.

Signed: April 01, 2024

*[signature]*
Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-30092-jpn |
| Mark Austin Rosetta | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 1 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdf002 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Austin Rosetta, 9374 Briar Forest Dr, Houston, TX 77063-1036 |
| cr | + | WOODLAKE FOREST II HOMEOWNERS ASSOCIATION, INC., HOLTTOLLETT, P.C., 9821 KATY FREEWAY, SUITE 350, HOUSTON, TX 77024-1231 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 03, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com<br>adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com |
| David Keenan Berk | on behalf of Creditor WOODLAKE FOREST II HOMEOWNERS ASSOCIATION  INC. dberk@holtyoung.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3