United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-30092 |
| MARK AUSTIN ROSETTA, § | |
| § | |
| Debtor. § | |
| § | CHAPTER 7 |

### ORDER CONTINUING HEARING

This matter is before the Court on Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 30) and the Debtor's Opposition to Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss (ECF No. 39). The movant seeks the dismissal of the debtor's Chapter 7 case under 11 U.S. Code § 707(b)(1). Based on the allegations regarding the deficiencies in the debtor's schedules made in the motion to dismiss, the Court grants the debtor 14 days from the entry of this order to amend his schedules to cure the deficiencies. As such, the hearing on the instant motion and response will be continued.

**THEREFORE, IT IS ORDERED** that the debtor has until April 30, 2024, to amend his schedules to cure the deficiencies alleged in the motion to dismiss.

**IT IS FURTHER ORDERED** that the hearing set for April 24, 2024, at 1:30 p.m. is continued to May 15, 2024, at 1:30 p.m. Should the debtor not amend his schedules within 14 days, the Court may rule on the pleadings without a hearing.

**SO ORDERED.**

SIGNED 04/16/2024

_____
Jeffrey Norman
United States Bankruptcy Judge