| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | Mark <br> First Name | Austin <br> Middle Name | Rosetta <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Southern District of Texas | | | |
| Case number | 24-30092 | | |

United States Courts
Southern District of Texas
FILED

APR 30 2024

Nathan Ochsner, Clerk of Court

**CORRECTIONS FOR LOST PAGES DURING SCAN**

ECF #17

NO CHANGES

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1. **9374 Briar Forest Dr**
   Street address, if available, or other description

   Houston    TX    77063
   City       State  ZIP Code

   Harris
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other Townhome

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property?   Current value of the portion you own?
   $ 275,000                               $ 275,000

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   fee simple

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2. **23571 1/2 Maribel Ave**
   Street address, if available, or other description

   Carson     CA    90745
   City       State  ZIP Code

   Los Angeles
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☑ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property?   Current value of the portion you own?
   $ 406,000                               $ 90,000

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   1/3 of probate estate, asset's title in litigation

   ☐ Check if this is community property (see instructions)

Official Form 106A/B                Schedule A/B: Property                page 1

Debtor 1  __Mark__   __Austin__   __Rosetta__   Case number (if known) __24-30092__
         First Name   Middle Name   Last Name

1.3. Street address, if available, or other description: **La Cabana Timeshare**

JE Irausquin 250

Aruba
City        State   ZIP Code

Aruba
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ 4,000
Current value of the portion you own?  $ 2,000

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
joint, bare naked title; added by sister

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................→  $ 367,000

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☑ Yes

3.1. Make: Mercedes
Model: C320
Year: 2004
Approximate mileage: 190,000
Other information: non-working

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  $ 750
Current value of the portion you own?  $ 750

If you own or have more than one, describe here:

3.2. Make: Mini
Model: Cooper
Year: 2004
Approximate mileage: 170,000
Other information: flooded

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  $ 750
Current value of the portion you own?  $ 750

Debtor 1  **Mark**        **Austin**       **Rosetta**          Case number (if known) **24-30092**
          First Name      Middle Name      Last Name

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

$_____                                   $_____

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

$_____                                   $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

$_____                                   $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

$_____                                   $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................................................... →   $ **1,500**

Debtor 1  Mark   Austin   Rosetta  
        First Name   Middle Name   Last Name

Case number *(if known)* 24-30092

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe........ Bed, frame, chairs, desks, bookshelfs     $ 300

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe........ mostly flooded used electronics     $ 500

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe..........     $

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☐ No
   - ☑ Yes. Describe.......... Segway, Camera     $ 200

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☐ No
    - ☑ Yes. Describe.......... Pistol     $ 150

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe.......... Everyday clothes, everyday shoes     $ 200

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☑ Yes. Describe.......... generic smart watch     $ 50

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☑ No
    - ☐ Yes. Describe..........     $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☑ No
    - ☐ Yes. Give specific information. .............     $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................. ➔     $ 1,400

Debtor 1  **Mark** <u>First Name</u>   **Austin** <u>Middle Name</u>   **Rosetta** <u>Last Name</u>    Case number *(if known)* **24-30092**

### Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes .................................................................................................................................................... Cash: .................. $ _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ...................     Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Sofi Bank | $ 307 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes ................     Institution or issuer name:

| | |
|---|---|
| Fidelity Brokerage | $ 25 |
| Charles Schwab | $ 1 |
| Robinhood | $ 12 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.................

| Name of entity: | % of ownership: | |
|---|---|---|
| AngelList Funds (illiquid) | 0 % | $ 23,650 |
| | % | $ |
| | % | $ |

Debtor 1  __Mark__   __Austin__   __Rosetta__   Case number *(if known)* __24-30092__
         First Name  Middle Name  Last Name

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☒ Yes. Give specific information about them........

Issuer name:
Escrow earnest money check retuned (lost)   $ 100

$ _____
$ _____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | unknown (lost when employer closed) | $ about 15,000 |
| Pension plan: | | $ _____ |
| IRA: | Robinhood IRA | $ 1 |
| Retirement account: | | $ _____ |
| Keogh: | | $ _____ |
| Additional account: | Fidelity IRA | $ 0 |
| Additional account: | | $ _____ |

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes ..........................

Institution name or individual:

| Electric: | | $ _____ |
|---|---|---|
| Gas: | | $ _____ |
| Heating oil: | | $ _____ |
| Security deposit on rental unit: | | $ _____ |
| Prepaid rent: | | $ _____ |
| Telephone: | | $ _____ |
| Water: | | $ _____ |
| Rented furniture: | | $ _____ |
| Other: | | $ _____ |

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes .......................... Issuer name and description:

$ _____
$ _____
$ _____

Official Form 106A/B                Schedule A/B: Property                page **6**

Debtor 1   Mark   Austin   Rosetta                    Case number (if known) 24-30092
           First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes ................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them....                                                                             $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them....                                                                             $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them....                                                                             $_____

**Money or property owed to you?**                                                                                              **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......
                                                                    Federal:   $_____
                                                                    State:     $_____
                                                                    Local:     $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information..............
                                                                    Alimony:              $_____
                                                                    Maintenance:          $_____
                                                                    Support:              $_____
                                                                    Divorce settlement:   $_____
                                                                    Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information...............                                                                             $_____

Official Form 106A/B                              Schedule A/B: Property                                              page 7

Debtor 1  Mark  Austin  Rosetta
First Name  Middle Name  Last Name

Case number (if known) 24-30092

31. **Interests in insurance policies**
    Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...
    
    Company name: _____  Beneficiary: _____  Surrender or refund value: $_____
    _____  _____  $_____
    _____  _____  $_____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ☑ Yes. Give specific information.............. Father's intestate probate, included in line 1.2
    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    Examples: Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☑ Yes. Describe each claim. .................... Suit against Army Corps of Eng for Reservoir Release taking/damages
    $ 130,000

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☑ Yes. Describe each claim. .................... attached
    $_____

35. **Any financial assets you did not already list**
    ☐ No
    ☑ Yes. Give specific information............ Crypto.com wallet
    $ 142

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ........................................................ →
    $ 169,238

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe.......  _____
    $_____

39. **Office equipment, furnishings, and supplies**
    Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe....... printers
    $ 100

Official Form 106A/B         Schedule A/B: Property         page 8

Debtor 1  Mark  Austin  Rosetta  Case number (if known) 24-30092

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ☑ Yes. Describe....... Laptop, monitors, desktop, gpu  $ 2,500

**41. Inventory**
- ☐ No
- ☑ Yes. Describe....... unsold inventory that was damaged durvey Hurricane or age  $ 0

**42. Interests in partnerships or joint ventures**
- ☑ No
- ☐ Yes. Describe.......

Name of entity:                                                % of ownership:
_____  _____%  $ _____
_____  _____%  $ _____
_____  _____%  $ _____

**43. Customer lists, mailing lists, or other compilations**
- ☑ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe........  $ _____

**44. Any business-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information .........
  $ _____
  $ _____
  $ _____
  $ _____
  $ _____
  $ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here .................... →  $ 2,600

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
- ☐ No
- ☐ Yes.......................
  $ _____

Official Form 106A/B                    Schedule A/B: Property                    page 9

**48. Crops—either growing or harvested**
- ☐ No
- ☐ Yes. Give specific information. .............  $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☐ No
- ☐ Yes ........................  $_____

**50. Farm and fishing supplies, chemicals, and feed**
- ☐ No
- ☐ Yes ........................  $_____

**51. Any farm- and commercial fishing-related property you did not already list**
- ☐ No
- ☐ Yes. Give specific information. .............  $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ............ ➔  $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☐ No
- ☑ Yes. Give specific information. .............  Claim against Celsius bankruptcy estate   $_____0
   $_____
   $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ............ ➔  $_____0

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................................................................. ➔  $_____367,000

56. Part 2: Total vehicles, line 5   $_____1,500

57. Part 3: Total personal and household items, line 15   $_____1,400

58. Part 4: Total financial assets, line 36   $_____169,238

59. Part 5: Total business-related property, line 45   $_____2,600

60. Part 6: Total farm- and fishing-related property, line 52   $_____0

61. Part 7: Total other property not listed, line 54   +$_____0

62. Total personal property. Add lines 56 through 61. .................   $_____174,738   Copy personal property total ➔  +$_____174,738

63. Total of all property on Schedule A/B. Add line 55 + line 62. ....................................................................   $_____541,738

Official Form 106A/B    Schedule A/B: Property    page 10

[Print] [Save As...] [Add Attachment] [Reset]

**Fill in this information to identify your case:**

Debtor 1: Mark Austin Rosetta

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): 24-30092

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Harkor Homes LLC
Creditor's Name
1020 W Loop N Fwy
Number    Street
Suite 280
Houston    TX    77055
City          State    ZIP Code

Describe the property that secures the claim: Townhome, Sch A, line 1.1

$ "equitable"    $ 275,000    $

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: N/A

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) cloud on title

Last 4 digits of account number ___ ___ ___ ___

**2.2** City of Houston
Creditor's Name
PO Box 4663
Number    Street

Houston    TX    77210
City          State    ZIP Code

Describe the property that secures the claim: Townhome, Sch A, line 1.1

$ 2041.76    $ 275,000    $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 1/23, 1/24

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 2041

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 4

Debtor 1  **Mark Austin Rosetta**
First Name / Middle Name / Last Name

Case number (if known) 24-30092

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.** **Houston Community College**
Creditor's Name
PO Box 4663
Number  Street

Houston    TX   77210
City       State  ZIP Code

Describe the property that secures the claim:
Townhome, Sch A, line 1.1

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 376.30    $ 275,000   $

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  1/23, 1/24    Last 4 digits of account number ___ ___ ___ ___

---

**2.** **Houston ISD**
Creditor's Name
PO Box 4663
Number  Street

Houston    TX   77210
City       State  ZIP Code

Describe the property that secures the claim:
Townhome, Sch A, line 1.1

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1989.40    $ 275,000   $

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  1/23, 1/24    Last 4 digits of account number ___ ___ ___ ___

---

**2.** **Woodlake Forest II HOA**
Creditor's Name
11000 Corporate Center Dr #150
Number  Street
c/o PMG

Houston TX 77041
City       State  ZIP Code

Describe the property that secures the claim:
Townhome, Sch A, line 1.1

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 8,383    $ 275,000   $

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  HOA dues

Date debt was incurred  1/23, 1/24    Last 4 digits of account number  5  0  8  4

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 10748

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

Debtor 1  **Mark Austin Rosetta**
         First Name   Middle Name   Last Name

Case number (if known) 24-30092

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**.8**
Name: John Dillman of Linebarger Goggan Blair & Sampson LLP
Number/Street: PO Box 3064
City/State/ZIP: Houston, TX 77253

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number ___ ___ ___ ___

Name: David Beck of Holt Tollett PC
Number/Street: 9821 Katy Fwy #350
City/State/ZIP: Houston, TX 77024

On which line in Part 1 did you enter the creditor? 2.5
Last 4 digits of account number 5 0 8 4

Official Form 106D   Part 2 of Schedule D: Creditors Who Have Claims Secured by Property   page 4 of 4