United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-30092 |
| MARK AUSTIN ROSETTA, § | |
| § | |
| Debtor. § | |
| § | CHAPTER 7 |

## ORDER RESETTING HEARING

This matter is before the Court on Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 49) filed on May 7, 2024. The movant self-calendared this matter for hearing on May 15, 2024 at 1:30 p.m., giving only 8 days' notice. When an amended pleading is filed, it supersedes the original pleading and must be self-calendared with the appropriate response deadline. Pursuant to this Court's procedures posted on its website, all motions must give 24 days' negative notice of any hearing. This procedure is based on the rules governing the computation of time for service in Bankruptcy Rule 9006. Therefore, the hearing must be reset.

Hearing is reset on Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 49) at 1:30 p.m. on June 5, 2024, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on May 31, 2024. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**Parties should reference the Court's website for in person hearing requirements as there are new trial and hearing procedures.**[1]

**SO ORDERED**.
SIGNED 05/13/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman