United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30092 |
| MARK AUSTIN ROSETTA, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

## ORDER RESETTING HEARING

This matter is before the Court on Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 49) filed on May 7, 2024. The movant self-calendared this matter for hearing on May 15, 2024 at 1:30 p.m., giving only 8 days' notice. When an amended pleading is filed, it supersedes the original pleading and must be self-calendared with the appropriate response deadline. Pursuant to this Court's procedures posted on its website, all motions must give 24 days' negative notice of any hearing. This procedure is based on the rules governing the computation of time for service in Bankruptcy Rule 9006. Therefore, the hearing must be reset.

Hearing is reset on Woodlake Forest II Homeowners Association, Inc.'s Motion to Dismiss Mark Austin Rosetta's Bankruptcy (ECF No. 49) at 1:30 p.m. on June 5, 2024, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on May 31, 2024. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; **or** file and serve a hearing notice within 24 hours, which must include the response deadline.

**Parties should reference the Court's website for in person hearing requirements as there are new trial and hearing procedures.**[1]

**SO ORDERED**.
SIGNED 05/13/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman

1 / 1

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-30092-jpn |
| Mark Austin Rosetta | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: May 13, 2024 | Form ID: pdf002 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Austin Rosetta, 9374 Briar Forest Dr, Houston, TX 77063-1036 |
| cr | + | WOODLAKE FOREST II HOMEOWNERS ASSOCIATION, INC., HOLTTOLLETT, P.C., 9821 KATY FREEWAY, SUITE 350, HOUSTON, TX 77024-1231 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: bncnotices@becket-lee.com | May 13 2024 20:11:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | May 13 2024 20:03:00 | City of Houston, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@lgbs.com | May 13 2024 20:03:00 | Houston Community College System, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | May 13 2024 20:03:00 | Houston ISD, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 15, 2024 | Signature: | /s/Gustava Winters |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: May 13, 2024 | Form ID: pdf002 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:**

**Name** **Email Address**

Allison D Byman
adb@bymanlaw.com
adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com

David Keenan Berk
on behalf of Creditor WOODLAKE FOREST II HOMEOWNERS ASSOCIATION  INC. dberk@holtyoung.com

John P Dillman
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

John P Dillman
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

John P Dillman
on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 6