United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30092 |
| MARK AUSTIN ROSETTA, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

## ORDER STRIKING HEARING

Woodlake Forest II Homeowners Association, Inc.'s Objection to Homestead Exemption (ECF No. 42) is set for hearing on June 5, 2024, at 1:30 p.m. On June 4, 2024, the movant filed an Amended Objection to Homestead (ECF No. 61) which has been set for hearing on July 9, 2024, at 1:30 p.m. with a response deadline of June 28, 2024. As such, the hearing set for June 5, 2024, on the Objection to Homestead Exemption is struck.[1]

**SO ORDERED.**

SIGNED 06/04/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The hearing on the Amended Motion to Dismiss (ECF 49) set at the same date and time is unaffected by this order.