United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30092 |
| MARK AUSTIN ROSETTA, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

## ORDER ABATING MOTION TO STRIKE

   This matter is before the Court on the Debtor's Motion to Strike All Non-Served Woodlake Forest II Filings (ECF No. 63) filed by the *pro se* debtor. The debtor asks this Court to strike all non-served filings by Woodlake Forest II. However, at a hearing held on June 5, 2024, the parties announced that a settlement had been reached and a Motion to Approve Compromise under Federal Rule of Bankruptcy Procedure 9019 would be filed. Accordingly, the instant motion will be abated.

   **THEREFORE, IT IS ORDERED** that the Debtor's Motion to Strike All Non-Served Woodlake Forest II Filings (ECF No. 63) is abated pending the filing and approval of the settlement.

   SIGNED 06/07/2024

_____
Jeffrey Norman
United States Bankruptcy Judge