# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

| | |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years including married, maiden, trade, and address):<br><br>Mark Austin Rosetta<br>aka Omar Obrahim Rashad, fdba ElectronicZip<br><br>xxx−xx−5170<br>9374 Briar Forest Dr<br>Houston, TX 77063 | Case Number: 24−30092<br><br>Chapter: 7 |

## NOTICE OF ASSETS, NOTICE TO CREDITORS AND
## OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE September 9, 2024

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

> United States Bankruptcy Court
> PO Box 61010
> Houston, TX 77208

> Nathan Ochsner
> Clerk of Court

Filed: June 6, 2024

Trustee: Allison D Byman

United States Bankruptcy Court
Southern District of Texas

In re:                                                   Case No. 24-30092-jpn
Mark Austin Rosetta                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                             User: ADIuser                                    Page 1 of 2
Date Rcvd: Jun 06, 2024                     Form ID: ntcasset                              Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Austin Rosetta, 9374 Briar Forest Dr, Houston, TX 77063-1036 |
| cr | + | WOODLAKE FOREST II HOMEOWNERS ASSOCIATION, INC., HOLTTOLLETT, P.C., 9821 KATY FREEWAY, SUITE 350, HOUSTON, TX 77024-1231 |
| 12625597 | + | Carlos and Lucia Guedez, 9372 Briar Forest Dr, Houston TX 77063-1036 |
| 12625596 | + | City of Houston, 1400 Lubbock St, Houston TX 77002-1526 |
| 12625594 | | Harkor Homes LLC, 1020 W Loop N Fwy #280, Houston TX 77055 |
| 12625592 | + | Harris County Tax Collector, PO Box 4663, Houston TX 77210-4663 |
| 12625598 | + | Memorial Hermann Healthcare System, 929 Gessner Dr #2600, Houston TX 77024-2593 |
| 12625593 | + | Woodlake Forest II HOA, 11000 Corporate Center Dr #150, Houston TX 77041-5179 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Jun 06 2024 20:00:00 | City of Houston, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@lgbs.com | Jun 06 2024 20:00:00 | Houston Community College System, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Jun 06 2024 20:00:00 | Houston ISD, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| 12674014 | | Email/PDF: bncnotices@becket-lee.com | Jun 06 2024 20:12:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12625602 | + | EDI: CITICORP | Jun 06 2024 23:49:00 | Best Buy/CENA, PO Box 6497, Sioux Falls ND 57117-6497 |
| 12625595 | + | EDI: CALTAX.COM | Jun 06 2024 23:49:00 | CA Franchise Tax Board, Bankruptcy Section, MS: A-340, PO Box 2952, Sacramento CA 95812-2952 |
| 12625603 | + | Email/Text: ecfbankruptcy@nrg.com | Jun 06 2024 20:01:00 | Cirro Energy, PO Box 2229, Houston TX 77252-2229 |
| 12673811 | | Email/Text: houston_bankruptcy@LGBS.com | Jun 06 2024 20:00:00 | City of Houston, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, Texas 77253-3064 |
| 12673812 | | Email/Text: houston_bankruptcy@lgbs.com | Jun 06 2024 20:00:00 | Houston Community College System, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, Texas 77253-3064 |
| 12673813 | | Email/Text: houston_bankruptcy@LGBS.com | Jun 06 2024 20:00:00 | Houston ISD, c/o John P. Dillman, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: ntcasset | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 12625599 | EDI: JPMORGANCHASE | Jun 06 2024 23:46:00 | Houston, Texas 77253-3064 JP Morgan Chase, PO Box 15369, Wilmington DE 19850 |
| 12625598 | ^ MEBN | Jun 06 2024 19:56:16 | Memorial Hermann Healthcare System, 929 Gessner Dr #2600, Houston TX 77024-2593 |
| 12625604 | ^ MEBN | Jun 06 2024 19:57:05 | Mercantile Adjustment Bureau, 165 Lawrence Bell Drive #100, Williamsville NY 14221-7900 |
| 12625600 | + EDI: SYNC | Jun 06 2024 23:46:00 | Synchrony Bank/Walmart, PO Box 7174 6, Philadelphia PA 19176-1746 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com;kst@bymanlaw.com |
| David Keenan Berk | on behalf of Creditor WOODLAKE FOREST II HOMEOWNERS ASSOCIATION INC. dberk@holtyoung.com |
| John P Dillman | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| John P Dillman | on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com |
| John P Dillman | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6