United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 24-30092-H5-7 |
| | § | |
| Mark Austin Rosetta, | § | (Chapter 7) |
| | § | |
| Debtor. | § | Judge Jeffrey P. Norman |

### ORDER GRANTING APPLICATION TO EMPLOY AND COMPENSATE REAL ESTATE BROKER
**(Related to Docket No. 73)**

**ON THIS DAY** came on to be considered the *Application to Employ and Compensate Kevin Riles Real Estate Agent and Kevin Riles Commercial Broker (*the "Application") and after reviewing the pleadings; it is

**ORDERED** that the Application is granted; it is further

**ORDERED** that Allison D. Byman, Chapter 7 Trustee, be and is hereby authorized to employ Kevin Riles as Real Estate Agent and Kevin Riles Commercial as Broker; it is further;

**ORDERED** that Kevin Riles will act only on behalf of the Trustee in relation to selling the Real Property and will not represent any buyer in relation to selling the Real Property; it is further;

**ORDERED** that Allison D. Byman, Chapter 7 Trustee, is hereby authorized to enter into the *Residential Real Estate Listing Agreement Exclusive Right to Sell* agreements attached to the Application under the terms and conditions set forth therein and as described in the Application, and it is further;

**ORDERED** that Allison D. Byman, Chapter 7 Trustee, is hereby authorized to execute all documents necessary to carry out the intent of this Order and the Application.

Signed: July 22, 2024

Jeffrey P. Norman
United States Bankruptcy Judge