IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-30092 |
| MARK AUSTIN ROSETTA, | § | |
| | § | Chapter 7 |
| | § | |
| DEBTOR. | § | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY KENWOOD & ASSOCIATES, P.C.
AS ACCOUNTANTS FOR THE TRUSTEE**

The court has considered the *First and Final Application for Compensation and Reimbursement of Expenses by KenWood & Associates, P.C. as Accountants for the Trustee.* The court has determined that due notice having been given, and no opposition being shown, the court is of the opinion that the application should be in all things granted. It is therefore

ORDERED that KenWood & Associates, P.C. is awarded fees and costs as an administrative expense under 11 U.S.C. §507(a)(2) for the period of August 26, 2024, through June 9, 2025, as follows:

| | |
|---|---|
| Fees: | $2,811.00 |
| Expenses: | $59.26 |
| Total: | $2,870.26 |

It is further ORDERED that Allison D. Byman, Chapter 7 Trustee, be and is hereby authorized to make a payment to the accounting firm of KenWood & Associates, P.C., in the total amount of $2,870.26 as an administrative expense under 11 U.S.C. §507(a)(2).

SIGNED this _____ day of _____, 2025.

The Honorable Jeffrey P. Norman,
United States Bankruptcy Judge