UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-30092 |
| | § | |
| MARK AUSTIN ROSETTA | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/09/2024. The undersigned trustee was appointed on 01/09/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $250,560.66

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $28,353.19 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $40,000.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $27,900.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $154,307.47 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/09/2024 and the deadline for filing government claims was 07/07/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,539.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,539.86, for a total compensation of $7,539.86[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $347.50, for total expenses of $347.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/28/2025                          By:   /s/ Allison D. Byman
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 24-30092-H5-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | ROSETTA, MARK AUSTIN | Date Filed (f) or Converted (c): | 01/09/2024 (f) |
| For the Period Ending: | 7/28/2025 | §341(a) Meeting Date: | 03/21/2024 |
| | | Claims Bar Date: | 09/09/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9374 Briar Forest Dr, Houston, TX  77063 | $275,000.00 | $275,000.00 | | $250,560.66 | FA |
| 2 | 23571 1/2 Maribel Ave., Carson, CA  90745 | $90,000.00 | $90,000.00 | | $0.00 | FA |
| Asset Notes: | This property is part of Debtor's deceased stepfathers estate.  Debtor does have an interest but estate is tied up in litigation regarding the property with the current inhabitant.   Probate estate is insolvent so will need to be repaid for litigation and there are several heirs.  Trustee has recovered enough to pay all creditors so will not hold estate open to recover on this asset and will abandon back to Debtor. | | | | | |
| 3 | La Cabana timeshare, JE Irausquin 250, Aruba | $2,000.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes: | Timeshare was part of deceased Step Fathers estate but his estate has no funds so will not be available for recovery. | | | | | |
| 4 | 2004 Mercedes C320 | $750.00 | $750.00 | | $0.00 | FA |
| Asset Notes: | Non-working; this car was basically abandoned by Debtor at Briarforest house; costs more to move than it is worth | | | | | |
| 5 | 2004 Mini Cooper | $750.00 | $750.00 | | $0.00 | FA |
| Asset Notes: | flooded; this vehicle was abandoned at Briar forest and will cost more to move than it is worth | | | | | |
| 6 | Bed, frame, chairs, desks, bookshelves | $300.00 | $300.00 | | $0.00 | FA |
| 7 | mostly flooded used electronics | $500.00 | $500.00 | | $0.00 | FA |
| 8 | segway, camera | $200.00 | $200.00 | | $0.00 | FA |
| 9 | Pistol | $150.00 | $150.00 | | $0.00 | FA |
| 10 | Everyday clothes, everyday shoes | $200.00 | $200.00 | | $0.00 | FA |
| 11 | generic smart watch | $50.00 | $50.00 | | $0.00 | FA |
| 12 | Sofi Bank checking account | $307.00 | $307.00 | | $0.00 | FA |
| 13 | Fidelity Brokerage | $25.00 | $25.00 | | $0.00 | FA |
| 14 | Charles Schwab | $1.00 | $1.00 | | $0.00 | FA |
| 15 | Robinhood | $12.00 | $12.00 | | $0.00 | FA |
| 16 | AngelList Funds (illiquid) | $23,650.00 | $23,650.00 | | $0.00 | FA |
| 17 | Escrow earnest money check returned (lost) | $100.00 | $100.00 | | $0.00 | FA |
| 18 | 401(k) unknown (lost when employer closed) | $15,000.00 | $15,000.00 | | $0.00 | FA |
| 19 | Robinhood IRA | $1.00 | $1.00 | | $0.00 | FA |
| 20 | Fidelity IRA | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Father's intestate probate, included in line 1.2 | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| Case No.: | 24-30092-H5-7 | Trustee Name: | Allison D. Byman |
| Case Name: | ROSETTA, MARK AUSTIN | Date Filed (f) or Converted (c): | 01/09/2024 (f) |
| For the Period Ending: | 7/28/2025 | §341(a) Meeting Date: | 03/21/2024 |
| | | Claims Bar Date: | 09/09/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 22 | Suit against Army Corps of Eng. for Reservoir Release taking/damages | $130,000.00 | $130,000.00 | | $0.00 | FA |
| **Asset Notes:** | This lawsuit relates to sold Briarforest property; debtor retains the claim; trustee has recovered sufficient funds to pay all creditors from sale of briarforest so will abandon this interest back to the Debtor | | | | | |
| 23 | Crypto.com wallet | $142.00 | $142.00 | | $0.00 | FA |
| 24 | printers | $100.00 | $100.00 | | $0.00 | FA |
| 25 | laptop, monitors, desktop, gpu | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 26 | unsold inventory that was damaged during Hurrican or age | $0.00 | $0.00 | | $0.00 | FA |
| 27 | Claims against Celsius bankruptcy estate | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Trustee does not intend to pursue | | | | | |

**TOTALS (Excluding unknown value)**   $541,738.00   $541,738.00   $250,560.66   Gross Value of Remaining Assets   $0.00

**Major Activities affecting case closing:**

| 02/03/2025 | Working with HCAD to address a tax bill received post sale that is improper; requesting final estate tax return and final fee app for accountant |
| 11/18/2024 | Property sold; Report of sale for Briar Forest property filed |
| 09/12/2024 | Motion to sell Briar Forest property filed at dkt. 86  Hearing set for 10-30-24 |
| 06/17/2024 | Per motion at dkt. 71, Trustee is to sell debtor's homestead on Briar Forest.  HOA to receive $40,000 from sale proceeds and judgment of $12,000 owed to Guedez will also be paid from proceeds. If property has not sold within nine months, HOA may exercise any and all state law remedies it has.  Trustee was prepared to allow case to be dismissed but was able to mediate the above agreement between the HOA and Debtor which will benefit creditors. |
| 03/18/2024 | motion to dismiss filed.  See dkt. 27; Debtor in this case is difficult and has been fighting with HOA for many years; judgments in their favor exists; Debtor's house (given to him by his mother) is sitting with mold and many damages, it is inhabitable; unsure if sale possible |

Initial Projected Date Of Final Report (TFR):   09/30/2025   Current Projected Date Of Final Report (TFR):

/s/ ALLISON D. BYMAN
ALLISON D. BYMAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1          Exhibit B

| Case No. | 24-30092-H5-7 | Trustee Name: | Allison D. Byman |
| Case Name: | ROSETTA, MARK AUSTIN | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9953 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/9/2024 | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 7/28/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2024 | | Stewart Title Company | Sale of 9374 Briar Forest; Order to Sell at dkt 91 10/16/24 | * | $157,351.73 | | $157,351.73 |
| | {1} | | Gross Amount Due Seller per closing statement  $250,560.66 | 1110-000 | | | $157,351.73 |
| | | | HOA Judgment Lien; dkt 91 approves payment  $(40,000.00) | 4120-000 | | | $157,351.73 |
| | | | Debtor's Homestead Exemption  $(27,900.00) | 8100-002 | | | $157,351.73 |
| | | | 2024 prorated taxes  $(3,381.76) | 2820-000 | | | $157,351.73 |
| | | | Kevin Riles realtor; dkt 82 employment approved  $(15,000.00) | 3510-000 | | | $157,351.73 |
| | | | Settlement Charges  $(6,927.17) | 2500-000 | | | $157,351.73 |
| 07/22/2025 | 3001 | Ken Wood & Associates, P.C. | First and Final Fee App; Dkt 99; 7/21/25 | * | | $2,845.26 | $154,506.47 |
| | | | KWA fees  $(2,786.00) | 3410-000 | | | $154,506.47 |
| | | | KWA expenses  $(59.26) | 3992-000 | | | $154,506.47 |
| 07/23/2025 | 3002 | Clerk, United States Bankruptcy Court | Motion to Sell; Docket 86. | 2700-000 | | $199.00 | $154,307.47 |
| | | | **TOTALS:** | | $157,351.73 | $3,044.26 | $154,307.47 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $157,351.73 | $3,044.26 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $157,351.73 | $3,044.26 | |

| For the period of  1/9/2024 to 7/28/2025 | | For the entire history of the account between 11/16/2024 to 7/28/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $250,560.66 | Total Compensable Receipts: | $250,560.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,560.66 | Total Comp/Non Comp Receipts: | $250,560.66 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $68,353.19 | Total Compensable Disbursements: | $68,353.19 |
| Total Non-Compensable Disbursements: | $27,900.00 | Total Non-Compensable Disbursements: | $27,900.00 |
| Total Comp/Non Comp Disbursements: | $96,253.19 | Total Comp/Non Comp Disbursements: | $96,253.19 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 24-30092-H5-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | ROSETTA, MARK AUSTIN | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9953 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/9/2024 | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 7/28/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $157,351.73 | $3,044.26 | $154,307.47 |

**For the period of 1/9/2024 to 7/28/2025**

| | |
|---|---|
| Total Compensable Receipts: | $250,560.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,560.66 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68,353.19 |
| Total Non-Compensable Disbursements: | $27,900.00 |
| Total Comp/Non Comp Disbursements: | $96,253.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/09/2024 to 7/28/2025**

| | |
|---|---|
| Total Compensable Receipts: | $250,560.66 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $250,560.66 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68,353.19 |
| Total Non-Compensable Disbursements: | $27,900.00 |
| Total Comp/Non Comp Disbursements: | $96,253.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN

CLAIM ANALYSIS REPORT                                                                                 Page No: 1          Exhibit C

| Case No.: | 24-30092-H5-7 | | | | | | | | | Trustee Name: | | Allison D. Byman |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | ROSETTA, MARK AUSTIN | | | | | | | | | Date: | | 7/28/2025 |
| Claims Bar Date: | 09/09/2024 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALLISON D. BYMAN<br><br>7924 Broadway, Suite 104<br>Pearland TX 77581 | 05/17/2024 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $347.50 | $347.50 | $0.00 | $0.00 | $0.00 | $347.50 |
| | ALLISON D. BYMAN<br><br>7924 Broadway, Suite 104<br>Pearland TX 77581 | 07/23/2025 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $7,539.86 | $7,539.86 | $0.00 | $0.00 | $0.00 | $7,539.86 |
| | MARK AUSTIN ROSETTA<br>9374 BRIAR FOREST DR<br>HOUSTON TX 77063 | 07/23/2025 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $136,863.42 | $136,863.42 | $0.00 | $0.00 | $0.00 | $136,863.42 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | | | | |
| 1 | CITY OF HOUSTON C/O JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 04/15/2024 | SECURED | Amended | 4110-000 | $0.00 | $344.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (1-1) Ad Valorem Taxes.  Claim amended 2-11-25 | | | | | | | | | | | |
| 1A | CITY OF HOUSTON C/O JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 04/15/2024 | Secured (pay after priority claims) | Allowed | 4110-000 | $0.00 | $344.84 | $344.84 | $0.00 | $0.00 | $0.00 | $344.84 |
| **Claim Notes:** | (1-1) Ad Valorem Taxes(1-2) Ad Valorem Taxes | | | | | | | | | | | |
| 2 | HOUSTON COMMUNITY COLLEGE SYSTEM C/O JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO Box 3064<br>Houston TX 77253-3064 | 04/15/2024 | SECURED | Amended | 4110-000 | $376.30 | $376.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (2-1) Ad Valorem Taxes | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 2     Exhibit C

| Case No. | 24-30092-H5-7 | | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|---|
| Case Name: | ROSETTA, MARK AUSTIN | | | Date: | 7/28/2025 |
| Claims Bar Date: | 09/09/2024 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2A | HOUSTON COMMUNITY COLLEGE SYSTEM C/O JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO Box 3064 Houston TX 77253-3064 | 04/15/2024 | Secured (pay after priority claims) | Allowed | 4110-000 | $0.00 | $52.98 | $52.98 | $0.00 | $0.00 | $0.00 | $52.98 |
| **Claim Notes:** | (2-1) Ad Valorem Taxes(2-2) Ad Valorem Taxes | | | | | | | | | | | |
| 3 | HOUSTON ISD C/O JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO Box 3064 Houston TX 77253-3064 | 04/15/2024 | SECURED | Amended | 4110-000 | $1,989.40 | $1,989.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (3-1) Ad ValoremTaxes | | | | | | | | | | | |
| 3A | HOUSTON ISD C/O JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO Box 3064 Houston TX 77253-3064 | 04/15/2024 | Secured (pay after priority claims) | Allowed | 4110-000 | $0.00 | $1,445.03 | $1,445.03 | $0.00 | $0.00 | $0.00 | $1,445.03 |
| **Claim Notes:** | (3-1) Ad ValoremTaxes(3-2) Ad Valorem Taxes | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO Box 3001 Malvern PA 19355-0701 | 07/03/2024 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,221.94 | $1,221.94 | $0.00 | $106.50 | $0.00 | $1,221.94 |
| 5 | CA FRANCHISE TAX BOARD BANKRUPTCY SECTION, MS: A-340 PO Box 2952 Sacramento CA 95812 | 07/10/2024 | UNSECURED | Allowed | 7100-000 | $4,223.00 | $5,428.49 | $5,428.49 | $0.00 | $473.13 | $0.00 | $5,428.49 |
| **Claim Notes:** | (5-1) Taxes and/or fees | | | | | | | | | | | |
| 6 | ASHLEY FUNDING SERVICES, LLC RESURGENT CAPITAL SERVICES PO Box 10587 Greenville SC 29603-0587 | 09/03/2024 | UNSECURED | Allowed | 7100-000 | $0.00 | $445.00 | $445.00 | $0.00 | $38.78 | $0.00 | $445.00 |
| | | | | | | $156,399.60 | $153,689.06 | $0.00 | $618.41 | $0.00 | $153,689.06 |

**CLAIM ANALYSIS REPORT**

Page No: 3  Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 24-30092-H5-7 | | **Trustee Name:** | Allison D. Byman |
| **Case Name:** | ROSETTA, MARK AUSTIN | | **Date:** | 7/28/2025 |
| **Claims Bar Date:** | 09/09/2024 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $7,539.86 | $7,539.86 | $0.00 | $0.00 | $0.00 | $7,539.86 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $347.50 | $347.50 | $0.00 | $0.00 | $0.00 | $347.50 |
| SECURED | $2,710.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Secured (pay after priority claims) | $1,842.85 | $1,842.85 | $0.00 | $0.00 | $0.00 | $1,842.85 |
| Surplus Funds Paid to Debtor | $136,863.42 | $136,863.42 | $0.00 | $0.00 | $0.00 | $136,863.42 |
| UNSECURED | $7,095.43 | $7,095.43 | $0.00 | $618.41 | $0.00 | $7,095.43 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      24-30092
Case Name:     MARK AUSTIN ROSETTA
Trustee Name:  Allison D. Byman

Balance on hand:          $154,307.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | City of Houston c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP | $344.84 | $0.00 | $0.00 | $0.00 |
| 1A | City of Houston c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP | $344.84 | $344.84 | $0.00 | $344.84 |
| 2 | Houston Community College System c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP | $376.30 | $0.00 | $0.00 | $0.00 |
| 2A | Houston Community College System c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP | $52.98 | $52.98 | $0.00 | $52.98 |
| 3A | Houston ISD c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP | $1,445.03 | $1,445.03 | $0.00 | $1,445.03 |
| 3 | Houston ISD c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP | $1,989.40 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $1,842.85
Remaining balance:                         $152,464.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011)

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Allison D. Byman, Trustee Fees | $7,539.86 | $0.00 | $7,539.86 |
| Allison D. Byman, Trustee Expenses | $347.50 | $0.00 | $347.50 |
| KWA fees, Accountant for Trustee Fees | $2,786.00 | $2,786.00 | $0.00 |
| Clerk, United States Bankruptcy Court, Clerk of the Court Costs | $199.00 | $199.00 | $0.00 |
| Other: Kevin Riles realtor; dkt 82 employment approved, Realtor for Trustee Fees | $15,000.00 | $15,000.00 | $0.00 |
| Other: KWA expenses, Other Professional Expenses | $59.26 | $59.26 | $0.00 |

      Total to be paid for chapter 7 administrative expenses:   $7,887.36
                Remaining balance:   $144,577.26

  Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

      Total to be paid to prior chapter administrative expenses:   $0.00
                Remaining balance:   $144,577.26

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are: NONE

           Total to be paid to priority claims:   $0.00
             Remaining balance:   $144,577.26

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $7,095.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | American Express National Bank c/o | $1,221.94 | $0.00 | $1,221.94 |

UST Form 101-7-TFR (5/1/2011)

|   | | | | |
|---|---|---:|---:|---:|
|   | Becket and Lee LLP | | | |
| 5 | CA Franchise Tax Board Bankruptcy Section, MS: A-340 | $5,428.49 | $0.00 | $5,428.49 |
| 6 | Ashley Funding Services, LLC Resurgent Capital Services | $445.00 | $0.00 | $445.00 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $7,095.43 |
| Remaining balance: | $137,481.83 |

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $137,481.83 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $137,481.83 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.82 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $618.41. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor(s) after payment of all claims and interest is $136,863.42.

UST Form 101-7-TFR (5/1/2011)