# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-30092-H5-7 |
| | § | |
| MARK AUSTIN ROSETTA | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTORS | § | |

### APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

**NOTICE OF HEARING:** PLEASE TAKE NOTICE THAT A HEARING WILL BE HELD ON OCTOBER 28, 2024 AT 1:30 P.M. ON THE TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION IN COURTROOM 403, 515 Rusk Avenue, Houston, TX 77002, OR REMOTELY PER THE COURT'S INSTRUCTIONS AT: //WWW.TXS.USCOURTS.GOV/PAGE/UNITED-STATES-BANKRUPTCY-JUDGE-JEFFREY P NORMAN

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE JEFFREY P NORMAN
UNITED STATES BANKRUPTCY JUDGE:

      Allison D. Byman, chapter 7 trustee for the estate of MARK AUSTIN ROSETTA (the "Trustee") and files this Application for Trustee's Compensation and Expenses (the "Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(1) and (a)(7). In support of the Trustee's Application, the trustee submits the following information:

1) On 01/09/2024, the trustee was duly appointed as the chapter 7 trustee.

2) Contemporaneously with the filing of the Trustee's Application, the Trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").

3) The following is a summary of the receipts and proposed distributions in the TFR:

| | |
|---|---|
| The Final Report shows receipts of | $250,560.66 |
| and approved disbursements of | $96,253.19 |
| leaving a balance on hand of | $154,307.47 |

| Type of Claim | Total Amount of Allowed Claims | Anticipated Dividend |
|---|---:|---:|
| Secured | $1,842.85 | 100.00% |
| Chapter 7 Fees and Administrative Expenses | $36,240.55 | 99.99% |
| Prior Chapter Fees and Administrative Expenses | $0.00 | 0.00% |
| Priority | $0.00 | 0.00% |
| General Unsecured (Timely) | $7,095.43 | 108.71% |
| General Unsecured (Late) | $0.00 | 0.00% |
| Subordinated Unsecured | $0.00 | 0.00% |
| Surplus to Debtor | $136,863.42 | 100.00% |

4) Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is $7,539.86 based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit. See attached **Exhibit 1** for a detailed calculation of the compensation requested.

5) The trustee has received $0.00 of the maximum compensation allowable as interim compensation, and now requests $7,539.86 as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

6) In addition, the trustee requests $347.50 for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit 2** for an itemization of the trustee's expenses.

7) In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

8) Administrative expense less than $2,000.00

| Payment Date | Payee | Amount | Description |
|---|---|---|---|
| 07/23/2025 | Clerk, United States Bankruptcy Court | $199.00 | Motion to Sell; Docket 86. |

9) The trustee certifies that:

   A. The trustee submitted a copy of this application to the United States Trustee before it was filed.

   B. The United States Trustee has:

   \_\_\_\_\_X\_\_\_\_ Notified the trustee that the United States Trustee has no objection to the relief requested in this application.

   _____ Notified the trustee that the United States Trustee objects to the relief requested in this application and intends to file an objection unless an amended application is filed within twenty-one (21 days).

   _____ Failed to respond to the trustee within sixty (60) days of the date on which a copy of this application was submitted to the United States Trustee.

The chapter 7 trustee, requests approval of $7,539.86 in compensation and $347.50 in reimbursement of expenses.

Date: 09/19/2025          By:  /s/ Allison D. Byman
                               **Allison D. Byman**
                               **Chapter 7 Trustee**

## **CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the Notice of Trustee's Final Report, Application For Compensation And Motion for Approval of Final Report was served on Debtor, Debtor's counsel, the United States Trustee, and all of the parties listed by BNC Noticing via first class mail, postage prepaid, and/or by ECF transmission on the date reflected on the docket.

    /s/ Allison D. Byman  
Chapter 7 Trustee

DEBTOR  
MARK AUSTIN ROSETTA  
9374 BRIAR FOREST DR  
HOUSTON, TX 77063

DEBTOR'S COUNSEL  
Pro Se

,

UNITED STATES TRUSTEE

PARTIES REQUESTING NOTICE

Matrix

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Allison D Byman
Byman & Associates PLLC
7924 Broadway
Suite 104
Pearland, TX 77581-7933

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Best Buy/CENA
PO Box 6497
Sioux Falls ND 57117-6497

CA Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento CA 95812-2952

Carlos and Lucia Guedez
9372 Briar Forest Dr
Houston TX 77063-1036

Cirro Energy
PO Box 2229
Houston TX 77252-2229

City of Houston
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, Texas 77253-3064

City of Houston
1400 Lubbock St
Houston TX 77002-1526

City of Houston
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Harkor Homes LLC
1020 W Loop N Fwy #280
Houston TX 77055

Harris County Tax Collector
PO Box 4663
Houston TX 77210-4663

Houston Community College System
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Houston Community College System
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, Texas 77253-3064

Houston ISD
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Houston ISD
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, Texas 77253-3064

JP Morgan Chase
PO Box 15369
Wilmington DE 19850-5369

KenWood & Associates, P.C.
14090 Southwest Freeway
Suite 200
Sugar Land, TX 77478-3678

Mark Austin Rosetta
9374 Briar Forest Dr
Houston, TX 77063-1036

Memorial Hermann Healthcare System
929 Gessner Dr #2600
Houston TX 77024-2593

Mercantile Adjustment Bureau
165 Lawrence Bell Drive #100
Williamsville NY 14221-7900

Synchrony Bank/Walmart
PO Box 7174 6
Philadelphia PA 19176-1746

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Woodlake Forest II HOA
11000 Corporate Center Dr #150
Houston TX 77041-5179

WOODLAKE FOREST II HOMEOWNERS
ASSOCIATION, I
HOLTTOLLETT, P.C.
9821 KATY FREEWAY, SUITE 350
HOUSTON, TX 77024-1231

**Exhibit 1**

Include Trustee Compensation Calculation:
    (Show how trustee comp. is calculated)

| | |
|---|---:|
| Total Disbursements | $85,797.24 |
| | |
| 25% of $5,000.00 | $1,250.00 |
| 10% of $45,000.00 | $4,500.00 |
| 5% of $35,797.24 | $1,789.86 |
| 3% of $0.00 | $0.00 |
| | |
| Maximum Trustee Compensation | $7,539.86 |
| - minus Interim Compensation | $0.00 |
| Total Allowable Trustee Compensation | $7,539.86 |
| + plus Quantum Merit | $0.00 |
| Amount Requested Herein | $7,539.86 |

## Exhibit 2

| Date | Description | Quantity @ Rate | Total |
|---|---|---|---|
| 05/15/2024 | Certificate of Service.com: Printing Subtotal: $7.48- Credits Applied: $0.00= Printing: $7.48+ Postage: $14.08+ Address List Processing: $.00+ ECF Access: $.00+ Miscellaneous: $.00 = Total:    $ 21.56 | 1.00 @ $24.56 | $24.56 |
| 05/17/2024 | Certificate of Service.com: Printing: $7.48+ Postage: $14.08 = Total:    $ 21.56Emergency Motion to Extend Time Period to Object to Discharge | 1.00 @ $21.56 | $21.56 |
| 06/17/2024 | Certificate of Service.com: Motion to Compromise with HOAPrinting: $37.40+ Postage: $19.36= Total:    $ 56.76 | 1.00 @ $56.76 | $56.76 |
| 07/01/2024 | Certificate of Service.com: THIS JOB WAS PROCESSED BY: Brandon RowePrin??ng Subtotal: $37.40- Credits Applied: $0.00= Prin??ng: $37.40+ Postage: $19.36+ Address List Processing: $.00+ ECF Access: $.00+ Miscellaneous: $.00= Total: $ 56.76Thank you | 56.76 @ $1.00 | $56.76 |
| 09/12/2024 | Certificate of Service.com: Motion to Sell Briar Forest propertyPrinting: $27.37+ Postage: $15.87 = Total:    $ 43.24 | 1.00 @ $43.24 | $43.24 |
| 07/23/2025 | Assistant - Lynn S. Williams: Claims analysis, report of sale, prepare TFR and TDR per Judge Norman procedures | 2.50 @ $34.70 | $86.75 |
| 07/23/2025 | Postage: Mail copies of Trustee's Application for Compensation | 27.00 @ $0.78 | $21.06 |
| 07/23/2025 | Postage: Mail distribution checks | 6.00 @ $0.78 | $4.68 |
| 07/23/2025 | Copies: Copies of Trustee's Application for Compensation to matrix | 189.00 @ $0.17 | $32.13 |
| | | **Total:** | **$347.50** |